CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 14 2007

JOHN F. CORCORAN, CLERK
BY: /s/
  DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| JOSEPH EDWARDS, ) | |
|     Plaintiff, ) | Civil Action No. 7:07-cv-00227 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| UNKNOWN DEFENDANT(S), et. al., ) | By: Hon. James C. Turk |
|     Defendant(s). ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that (1) this action, styled by the pro se litigant as a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, and so filed by the court, is hereby **CONSTRUED** as a civil rights action, pursuant to 42 U.S.C. § 1983, and the clerk is **DIRECTED** to recharacterize the nature of the pleading on the docket of the court to reflect this construction; (2) this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1), as frivolous; and (3) this action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 14th day of May, 2007.

                                              /s/ James C. Turk
                                              Senior United States District Judge